AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. |  | Civil Action No. |
| *Defendant(s)* |  |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**SUMMONS ATTACHMENT**

BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and BAYERISCHE MOTOREN WERKE AG, a German Corporation,

*Plaintiffs*

*v.*

K VIP AUTO BODY, a California Corporation; GUO YONG CHEN, an Individual; JINGJING DENG a/k/a TINA DENG, an Individual; SHAO CHUN CHEN, an Individual; FEN DENG a/k/a ANDY DENG, an Individual; and DOES 1-10, Inclusive,

*Defendants.*