# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA LLC, et al., <br> Plaintiffs, <br> v. <br> K VIP AUTO BODY, et al., <br> Defendants. | Case No. 17-cv-00543-SK <br><br> **ORDER TO SHOW CAUSE** |

On October 30, 2017, the Court denied Plaintiffs' motion for default judgment without prejudice to refiling a motion that addresses the deficiencies noted by the Court. More than three months have passed, and Plaintiffs have not filed any revised motion for default judgment. Therefore, the Court issues an ORDER TO SHOW CAUSE ("OSC") why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiffs shall respond in writing by no later than February 20, 2018. Plaintiffs are admonished that if they fail to file a response to this OSC by February 20, 2018, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: February 8, 2018

_____
SALLIE KIM
United States Magistrate Judge